**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| 1. KEITH E. SONDERLING, ACTING SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>v.<br><br>1.NOT YOUR AVERAGE JOE, INC., an Oklahoma not-for-profit corporation,<br>2. TIM HERBEL, individually,<br><br>Defendants. | Case No.<br><br>**COMPLAINT** |

## NATURE OF THE ACTION

1. Keith E. Sonderling, Acting Secretary for the U.S. Department of Labor (the "Acting Secretary"), through the Wage and Hour Division ("WHD"), is charged with enforcing the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* ("FLSA"), to eliminate "labor conditions detrimental to the maintenance of the minimum standard of living necessary for health, efficiency, and general well-being of workers[.]" 29 U.S.C. § 202(a). In bringing actions under the FLSA, the Secretary represents not only the interest of the individual employee affected by an employer's violation of the law, but also the public interest, including the interests of the employers whose ability to compete in compliance with the law is harmed by employers who deny employees minimum wages, overtime compensation, and earned tips.

2. Not Your Average Joe, Inc. ("NYAJ") is an Oklahoma not-for-profit corporation and charitable organization that operates under the trade names Not Your

Average Joe, ABE's, and Stella Nova. The organization employs individuals with disabilities who work alongside non-disabled employees.

3. NYAJ engages in commercial activities such as operating coffee shops; roasting coffee that it widely sells under its brand name; operating a catering service; preparing baked goods for sale in its shops and catering; and operating a warehouse and corporate office.[1]

4. NYAJ at all relevant times has solicited non-employee volunteers to perform unpaid work in support of its commercial activities and has had and may still have a general policy that hours worked by employees over 40 in a workweek constitutes unpaid "volunteer time."

5. The Acting Secretary brings this action under section 17 of the FLSA to enjoin Defendants from willfully violating the provisions of sections 6, 7, 11, 12, 15(a)(2), and 15(a)(5) of the FLSA, 29 U.S.C. §§ 206, 207, 2011, 212, 2015(a)(2) and 215(a)(5), and to recover tips Defendants kept from their employees and wages that Defendants failed to pay their employees, as well as liquidated damages, pursuant to the provisions of section 3(m)(2)(B), 15(a)(2), 15(a)(5), 16(c), and 17 of the FLSA, 29 U.S.C. §§ 203(m)(2)(B), 215(a)(2), 215(a)(5), 216(c), and 217.

6. The period covered by this action is September 12, 2023, which is three years before the date this Complaint was filed, and up to the date of trial. *See* 29 U.S.C. § 255(a)

---

[1] NYAJ also engages in fund raising and obtains government contracts and grants.

(willful FLSA violations may be commenced within three years after the cause of action accrued).

## JURISDICTION AND VENUE

7. The Court has jurisdiction over this action under section 17 of the FLSA, 29 U.S.C. § 17 (injunction proceedings to restrain violations of section 15 of the Act); 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1345 (United States as plaintiff).

8. Venue lies in the Western District of Oklahoma pursuant to 28 U.S.C. § 1391(b)(1) because, at all relevant times, Defendant NYAJ was registered as an Oklahoma not-for-profit corporation and charitable organization operating within the Oklahoma City metropolitan area and Defendant Tim Herbel resided in the Oklahoma City metropolitan area during the time the events or omissions giving rise to the claims occurred.

## DEFENDANTS

9. Defendant NYAJ is, and at all relevant times has been, an Oklahoma not-for-profit corporation with its principal place of business within the jurisdiction of this Court, and has been engaged in operating coffee shops, a roastery/warehouse, a catering kitchen, and a corporate office, including at the following locations:

- 1100 Classen Drive, Suite 400, Oklahoma, City, OK 73103 (corporate office)
- 1227 N. Walker Ave, Unit 300, Oklahoma City, OK 73103 (coffee shop)
- 300 Park Ave., Oklahoma City, OK 73102 (coffee shop)
- 617 W. Sheridan Ave., Oklahoma City, OK 73102 (coffee shop d/b/a ABE's)
- 7210 Broadway Ext., Oklahoma City, OK 73116 (warehouse/roastery)

- 119 N. Robinson, Oklahoma City, OK (coffee shop)
- 4716 N. Western, Oklahoma City, OK 73118 (coffee shop)
- 1001 Elm Ave., Norman, OK 73072 (coffee shop (recently closed))
- 1415 W. Main Street, Norman, OK 73118 (coffee shop)
- 800 W. Mission St., Broken Arrow, OK 74012 (coffee shop)
- 2183 Harper St., Choctaw, OK 73020 (coffee shop)
- 1041 NW 150th Street, Edmond, OK 73013 (coffee shop)[2]

10. Defendant Tim Herbel is a resident of Oklahoma City, Oklahoma, and at all relevant times herein was the founder and Executive Director of NYAJ and managed the day-to-day operations of the organization. Herbel acted directly or indirectly in the interest of NYAJ's employees by making decisions affecting their terms and conditions of employment, including without limitation, compensation decisions and policies. At all relevant times, Herbel was an employer of NYAJ's employees within the meaning of the FLSA, 29 U.S.C. § 303(d).

11. At all relevant times, Defendants employed employees as baristas, counter staff, shift leads, and other front of the house personnel occupying customarily tipped positions, including the employees listed in Exhibit A.

[2] At the time of the WHD's investigation, NYAJ had locations in two Homeland grocery stores in Oklahoma City that are not closed, and recently NYAJ is the owner and operator of Quincy Bake Shop.

## FLSA STATUTORY COVERAGE

12. At all relevant times herein, Defendants have been an enterprise within the meaning of section 3(r) of the FLSA, 29 U.S.C. § 203(r), in that Defendants have been, through unified operation or common control, engaged in the performance of related activities for a common business purpose.

13. At all relevant times, Defendants have had a gross annual revenue in excess of $500,000 and two or more of their employees have regularly and routinely handled or otherwise worked on goods or materials that have been moved in or produced for commerce.

14. Defendants have been an enterprise engaged in commerce or in the production of goods for commerce within the meaning of section 3(s)(1)(A) of the FLSA, 29 U.S.C. § 203(s)(1)(A), in that they have employees engaged in commerce or in the production of goods for commerce, or employees handling, selling, or otherwise working on goods or materials that have been moved in or produced for commerce by any person and in that they have an annual gross volume of sales made or business done of not less than $500,000.

## DEFENDANTS' WAGE AND HOUR PRACTICES

15. At all relevant times, Defendants violated the provisions of section 3(m)(2)(B), 6, 7, 11, and 12 of the FLSA, 29 U.S.C. §§ 203(m)(2)(B), 206, 207, 211, and 212, by keeping employees' tips, failing to pay employees for all hours worked, failing to pay employees at one and one-half times their regular rates of pay for hours worked over

40 in a workweek, and engaging in oppressive child labor. Defendants are liable for tips and wages owed to these employees and an equal amount of liquidated damages.

***Defendants Kept Tips in Violation of Section 3(m)(2)(B) of the FLSA***

16. Defendants pooled all tips but did not have a defined method or formula for distributing received tips to employees. Rather, Herbel subjectively determined an amount to allocate to each employee and handed cash to each employee in a plain envelope with no record of the amount distributed and no explanation how the amount was computed or for which pay period the distribution applied.

17. Herbel also determined when to distribute tips, which sometimes occurred weeks or months after the regularly scheduled pay period during which the tips were received.

18. Defendants withheld amounts from employee tips to cover the costs of uniforms and aprons, business-related licensing, waste elimination, and credit card fees.

19. Based upon information, Defendants distributed only cash tips (less the deductions they kept for business expenses referenced in paragraph 18) and kept all credit card tips rather than distribute them to employees and withheld the credit card transaction fees from the cash tips.[3]

20. Defendants failed to maintain, keep and preserve records reflecting the amounts of tips received and distributed to employees.

[3] Under the FLSA, an employer cannot reduce the amount of credit card tips paid to employees by any amount greater than the transactional fee charged by the credit card company.

***Defendants Failed to Pay Employees the FLSA Minimum Wage***

21. Defendants required employees to clock out for all breaks including those taken for less than 20 minutes. The unpaid break time resulted in minimum wage underpayments to lower paid employees in some workweeks.

22. Defendants at times failed to pay employees for all hours worked or designated work time as "volunteer time," resulting in minimum wage underpayments to certain employees.

***Defendants Failed to Pay Employees the Required FLSA Overtime Premium***

23. Several of Defendants' pay practices resulted in their failure to pay employees the required FLSA overtime premium.

24. Defendants generally considered hours worked by employees over 40 in a workweek to be unpaid volunteer time and, therefore, did not pay employees one-and-one-half times their regular rate for hours worked over 40 in some workweeks.

25. Herbel, at times and at his discretion, approved payment to employees for hours worked over 40 in a workweek. In such instances, Defendants paid for hours over 40 at the employees' regular rate and did not include the overtime premium (i.e., straight time for overtime). In fewer instances, Herbal approved payment to employees to include their overtime premium for hours worked over 40 in a workweek.

***Defendants engaged in Oppressive Child Labor***

26. Defendants at all relevant times have employed and may continue to employ minors under the age of 18 at their coffee shops and other locations.

27. Defendants employed minors under the age of 18 and directed at least four of such minors (ages 15, 16, and 17) to regularly operate industrial vertical dough mixers in violation of Hazardous Order 11, 29 C.F.R. § 570.62, and directed at least one minor to work in excess of 3 hours in any one day when school is in session in violation of 29 C.F.R. § 570.35.

## CLAIMS FOR RELIEF

### FIRST CLAIM FOR RELIEF: TIP VIOLATIONS

28. The Secretary realleges and hereby incorporates by reference the foregoing allegations as though fully set forth herein.

29. Defendants have violated and may still be violating the provisions of section 3(m)(2)(B) of the FLSA, 29 U.S.C. § 203(m)(2)(B), by keeping tips received by employees.

30. At all relevant times, Defendants have willfully violated section 3(m)(2)(B) of the FLSA. Defendants knew or recklessly disregarded the FLSA's prohibition against an employer keeping tips received by employees but continued to collect and keep tips earned by employees anyway.

### SECOND CLAIM FOR RELIEF: MINIMUM WAGE VIOLATIONS

31. The Secretary realleges and hereby incorporates by reference the foregoing allegations in this Complaint as though fully set forth herein.

32. Defendants have violated and may still be violating the provisions of section 6 and 15(a)(2) of the FLSA, 29 U.S.C. §§ 206 and 215(a)(2), by failing to pay their employees the minimum wages required by section 6 of the FLSA.

33. At all relevant times, Defendants have willfully violated section 6 of the FLSA. Defendants knew or recklessly disregarded the FLSA's minimum wage requirements but nevertheless employed employees without properly compensating them.

**THIRD CLAIM FOR RELIEF: OVERTIME COMPENSATION VIOLATIONS**

34. The Secretary realleges and hereby incorporates by reference the foregoing allegations in this Complaint as though fully set forth herein.

35. Defendants have violated and may still be violating sections 7 and 15(a)(2) of the FLSA, 29 U.S.C. §§ 207 and 215(a)(2). Defendants knew or recklessly disregarded the FLSA's requirements to pay employees at a rate of one-and-a-half times their regular rate for hours worked in excess of 40 in a workweek.

36. At all relevant times, Defendants have willfully violated section 7 and 15(a)(2) of the FLSA. Defendants knew or recklessly disregarded the FLSA's overtime compensation requirements but nevertheless employed employees without properly compensating them.

**FOURTH CLAIM FOR RELIEF: RECORD KEEPING VIOLATIONS**

37. The Secretary realleges and hereby incorporates by reference the foregoing allegations in this Complaint as though fully set forth herein.

38. Defendants have violated and may continue to violate sections 11(c) and 15(a)(5) of the FLSA, 29 U.S.C. §§ 211(c) and 215(a)(5), by failing to maintain, keep, make available (to the Secretary's agents for inspection, transcription, and/or copying), and preserve accurate records of all employees and of the tips, wages, hours, and other

conditions and practices of employment maintained, as prescribed by regulations duly issued pursuant to authority granted in the FLSA and found at 29 C.F.R. Part 516.

39. At all relevant times, Defendants have willfully violated sections 11(c) and 15(a)(2) of the FLSA. Defendants knew of or recklessly disregarded the FLSA's recordkeeping requirements and continued to create and maintain inaccurate or incomplete records of employees' hours worked and wages paid.

40. Section 17 of the FLSA, 29 U.S.C § 217, authorizes the Court to enter a judgment that enjoins and restrains the foregoing violations including restraining Defendants from withholding payment of unpaid tips, minimum wages, and overtime compensation found to be due to present and former employees, including the persons named on the attached Exhibit A, as well as any employees unknown to the Acting Secretary and who the Acting Secretary later identifies.

## PRAYER FOR RELIEF

WHEREFORE, good cause having been shown, the Acting Secretary prays for judgment against Defendants as follows:

1. For an Order pursuant to section 17 of the FLSA, 29 U.S.C. § 217, permanently enjoining and restraining Defendants, their officers, agents, servants, employees, and those persons in active concert or participation with them from prospectively violating the FLSA, including sections 3(m)(2)(B), 6, 7, 11, 15(a)(2) and 15(a)(5), 29 U.S.C. §§ 203(m)(2)(B), 206, 207, 211, 215(a)(2), 215(a)(5); and section 12 and 15(a)(4), 29 U.S.C. §§ 212 and 215(a)(4).

2. For an order pursuant to section 16(c) of the FLSA, 29 U.S.C. § 216(c), finding Defendants liable for all tips and wages due (including minimum wages, overtime compensation, and tips kept) from at least September 12, 2023 through the date of trial to all Defendants' employees including the employees listed on the attached Exhibit A and other employees identified by the Acting Secretary who are not presently known, and an additional amount as liquidated damages.

3. In the event liquidated damages are not awarded, an order pursuant to section 17 of the FLSA enjoining and restraining Defendants from withholding payment of unpaid minimum wage, overtime compensation, and kept tips due Defendants' employees and pre-judgment interest computed at the underpayment rate established by the Secretary of the Treasury pursuant to 26 U.S.C. § 6621.

4. A monetary award to the Secretary for the costs of this action; and

5. Such other relief as this Court deems just and appropriate.

Respectfully submitted,

JONATHAN BERRY, Solicitor of Labor

MARY K. COBB, Acting Regional Solicitor

KAREN E. BOBELA, Acting Associate
Regional Solicitor

*<u>/s/ Tyler P. McLeod</u>*
Tyler P. McLeod, Senior Trial Attorney
United States Department of Labor
Office of the Solicitor
1244 Speer Boulevard, Suite 515
Denver, Colorado 80204-3516
(303) 844-0936
mcleod.tyler.p@dol.gov

**EXHIBIT A**

| | | |
|---|---|---|
| 1 | Camille | Anderman |
| 2 | Avery (Arden) | Anthony |
| 3 | Jayna | Arzipe |
| 4 | Landry | Bonneau |
| 5 | Jacob | Brooks |
| 6 | Abigail | Buster |
| 7 | Daniel | Buster |
| 8 | Adriana | Castro |
| 9 | Rowan | Cook |
| 10 | Nolen | Crawford |
| 11 | Sarah | Day |
| 12 | Rebecca | Dobson |
| 13 | Aaron | Erhart |
| 14 | Grace | Evans |
| 15 | Sophia | Evans |
| 16 | Shelley | Gallope |
| 17 | Bryan | Green |
| 18 | Annamarie | Haggerty |
| 19 | Michael | Hannegan |
| 20 | Chase | Hensley |
| 21 | Delia | Hernandez Juarez |
| 22 | Isabella | Heykamp |
| 23 | Julianne | Ingle |
| 24 | Peyton | Kapavik |
| 25 | Cole | Klaassen |
| 26 | Angelina | Lang |
| 27 | Emily | Laxton |
| 28 | Emily | Loughridge |
| 29 | Jaime | Magnusson |
| 30 | Stacy | Mares |
| 31 | Xavier | Matos |
| 32 | Brindisi | Milton |
| 33 | Ian | Morel |
| 34 | Joseph | Morris |
| 35 | Bryan | Niermeier |
| 36 | Terrie | Pantel |
| 37 | Freeman (Kyle) | Parker |
| 38 | Ashia | Puckett |
| 39 | Asher | Reynolds |
| 40 | Isinea | Robinson |
| 41 | Jennifer | Robinson |
| 42 | Makayla | Rork |

| | | |
|---|---|---|
| 43 | Maeson | Rosales |
| 44 | Kaleb | Sanders |
| 45 | Brittany | Schwab |
| 46 | Alexis | Sharp-Jenkins |
| 47 | Landen | Taylor |
| 48 | Boston | Tracy |
| 49 | Atticus | Trowbridge |
| 50 | Daniel | Wallace |
| 51 | Travis | Wiebe |
| 52 | Gage | Williams |
| 53 | Megan | Wilson |
| 54 | Jackson | Wininger |
| 55 | Tarriq | Almumin |
| 56 | Daxyle | Aylesbury |
| 57 | Lawson | Bacon |
| 58 | Utah | Baggett |
| 59 | Dalontae | Bailey |
| 60 | Timothy | Barnett |
| 61 | Te'zean | Bates |
| 62 | Oliver | Biedermann |
| 63 | Gibson | Black |
| 64 | Luke | Bleeker |
| 65 | Gabrielle | Blitz |
| 66 | Drew | Boswell |
| 67 | Jordan | Bout |
| 68 | Enotnai | Chapman |
| 69 | Dustin | Chatman |
| 70 | Fiona | Cockerill |
| 71 | Donovan | Cook |
| 72 | Jared | Cooling |
| 73 | Bennett | Copeland |
| 74 | Olga | Cordero |
| 75 | Mateo | Coronel |
| 76 | Brendan | Cox |
| 77 | Tarren | Cummins |
| 78 | Lupita | Davis |
| 79 | Sahara | Dodd |
| 80 | Haley | Drummond |
| 81 | Timothy | Edwards III |
| 82 | Gabriel | Edwards |
| 83 | Toriyah | Ellis |
| 84 | Isaec | Emerson |

| | | |
|---|---|---|
| 85 | Bryson | Evans |
| 86 | Kaden | Fenton |
| 87 | Savannah | Frailey |
| 88 | Trafford | Gould |
| 89 | Julien | Gray |
| 90 | Dwayne | Greenhoward |
| 91 | Alex | Griffin |
| 92 | Amber | Griffin |
| 93 | Austin | Griffin |
| 94 | Roger | Guilford |
| 95 | Roderick | Halpainy |
| 96 | Heather | Hancock |
| 97 | Henry | Hebert |
| 98 | William | Hefner |
| 99 | Alexis | Hendricks |
| 100 | Danielle | Henninger |
| 101 | Xander | Herren |
| 102 | Alexis | Holden |
| 103 | Tatum | Holderbee |
| 104 | Abigail | Horton |
| 105 | Abigail | Hoyle |
| 106 | Ijahi | Jackson |
| 107 | Sara | Jacoby |
| 108 | Tara | Jennings |
| 109 | Amir | Johnson |
| 110 | Frank | Johnson |
| 111 | Isabella | Kelley |
| 112 | Marisol | Kemp |
| 113 | Connor | Kiser |
| 114 | Jillian | Klein |
| 115 | Hannah | Koeper |
| 116 | Jaden | Koiner |
| 117 | Ella | Lamprecht |
| 118 | Elaina | Lanthripe |
| 119 | Jeremiah | Lindsay |
| 120 | Kacie | Lowe |
| 121 | Jocelyn | Manjarrez |
| 122 | Christopher | Manning |
| 123 | Noah | Manzanares |
| 124 | Colin (Morgan) | Mayo |
| 125 | Madeline | McAllister |
| 126 | Giovanny | Miramontes |

| | | |
|---|---|---|
| 127 | Shelbie | Montgomery |
| 128 | Schafer | Murray |
| 129 | Ellory | Myers |
| 130 | Isaac | Myers |
| 131 | Emily | Nelson |
| 132 | John | Nelson |
| 133 | Myli | Niermeier |
| 134 | Yael | Olague-Arzate |
| 135 | Noah (Willow) | Parker |
| 136 | Alayna | Pasillas |
| 137 | Katherine | Pellow |
| 138 | Jordan | Peterson |
| 139 | Ashlynn | Pickett |
| 140 | Ella | Potts-Brown |
| 141 | Shyann | Reed |
| 142 | Sherman | Rex |
| 143 | Danielle | Robinson |
| 144 | Michael | Romeike |
| 145 | Brendon | Ross |
| 146 | John | Rottler |
| 147 | Rory | Schroeder |
| 148 | Ethan | Sellers |
| 149 | Angela | Shorter |
| 150 | Rebekah | Skillings |
| 151 | Bryce | Smith |
| 152 | Benson | Spruill |
| 153 | Kerrington | Steele |
| 154 | Roy | Sterling |
| 155 | Angela | Taylor |
| 156 | Grey | Thornton |
| 157 | Travis | Thurman |
| 158 | Ashtyn | Van Veldhuizen |
| 159 | Jazmin | Wagner |
| 160 | Alexis | Weese |
| 161 | Julien | Wheeland |
| 162 | Ethan | Whipple |
| 163 | James | Whitlow |
| 164 | Luke | Williams |
| 165 | Micah | Woodberry |
| 166 | Christina | Wornick |
| 167 | Edy | Acevedo |
| 168 | Rebecca | Aguilar |

| | |
|---|---|
| 169 Jackson | Alley |
| 170 Mayson | Bagwell |
| 171 Hannah | Bailey |
| 172 Kevin | Baird |
| 173 Sydni | Barnes |
| 174 Emma | Beke |
| 175 Mikaila | Bevans |
| 176 Breana | Bishop |
| 177 Joshua | Black |
| 178 Gabriel | Blum-Villarreal |
| 179 Brooklyn | Bortka |
| 180 William | Brandt |
| 181 Tanner | Bray |
| 182 David | Bright |
| 183 Conner | Bryant |
| 184 Phillip | Bunkerd |
| 185 Roger | Butler |
| 186 Cloresa | Calvert |
| 187 Stephen | Cayton |
| 188 Damian | Cazares |
| 189 Noah | Chesser |
| 190 Emma | Chevallard |
| 191 Acacia | Clayton |
| 192 William | Clayton-Cribbs |
| 193 Kate | Coffey |
| 194 Grady | Condrey |
| 195 Aiden | Conlee |
| 196 Paige | Cooper |
| 197 Nevaeh | Cotner |
| 198 Seth | Craven |
| 199 Jaxon | Davis |
| 200 Christa | Debolt |
| 201 Weston | Delisle |
| 202 William | Drommond |
| 203 Lindsey | Evans |
| 204 Amanda | Farmer |
| 205 Lark | Feille |
| 206 Benjamin | Fowler IV |
| 207 Natalie | Francis |
| 208 Carson | Freeman |
| 209 Seth | Freeman |
| 210 Courtney | Gaines |

| | | |
|---|---|---|
| 211 | Adrian | Gallegos |
| 212 | Jonathan | Gallegos |
| 213 | Kaysie | Gallope |
| 214 | Emily | Gilbert |
| 215 | Mason | Graham |
| 216 | Evan | Grillo |
| 217 | Katherine | Hansen |
| 218 | Maria | Harris |
| 219 | Camryn | Hauger |
| 220 | Michael | Hauger |
| 221 | Shaleigh | Heath |
| 222 | Ethyn | Henderson |
| 223 | Craig | Hicks |
| 224 | Autumn | Hill |
| 225 | Emma | Holman |
| 226 | Jacob | Hood |
| 227 | James | Howards |
| 228 | Karrie | Howell |
| 229 | Alyssa | Jackson |
| 230 | Joseph | Johnson |
| 231 | Madison | Joy |
| 232 | Kyle | Kalies |
| 233 | Bryce | Kelly |
| 234 | Saffa | Khalid-Butt |
| 235 | Taylor | Kinter |
| 236 | Ashley | Kohlun |
| 237 | Camden | Lampkin |
| 238 | Markus | Lanier |
| 239 | Jolee | Leck |
| 240 | Zachary | Lee |
| 241 | Isaac | Legarda |
| 242 | Kagne | Leveen |
| 243 | Jadyn | Lewis |
| 244 | Matilda | Lewis |
| 245 | Paul | Lewis |
| 246 | Braeden | Leyba |
| 247 | Bryce | Lindsey |
| 248 | Nick | Lockhart |
| 249 | Callie | Martin |
| 250 | Michael | Martinez |
| 251 | Berline | McDonald |
| 252 | Emma | McNeese |

| | | |
|---|---|---|
| 253 | Liam | McSorley |
| 254 | Jennifer | McConnell |
| 255 | Serenity | Mead |
| 256 | Levi | Meek |
| 257 | Wednesday | Mellon |
| 258 | Natalie | Mitts |
| 259 | Payton | Mohr |
| 260 | Noah | Morales |
| 261 | Dayne | Nelson |
| 262 | Paige | Nunn |
| 263 | Justin | Ogletree |
| 264 | Keon | Oliven |
| 265 | Spencer | Olsen |
| 266 | Rylee | Osmond |
| 267 | Hannah | Pasque |
| 268 | Elsa | Pensoneau |
| 269 | Harper | Perkins |
| 270 | Christian | Pettijohn |
| 271 | Christian (Robert) | Phelan |
| 272 | Dakota | Pittman |
| 273 | Kevin | Plemons |
| 274 | Andrew | Quayle-Fetterhoff |
| 275 | Arianna | Quinn |
| 276 | Alison | Ranck |
| 277 | Amy | Ravenscroft |
| 278 | Miley | Riopelle |
| 279 | Aaron | Risenhoover |
| 280 | Tyson | Roberts |
| 281 | Kameron | Robinson |
| 282 | Kinslee | Roe |
| 283 | Brayden | Roth |
| 284 | Adam | Sample |
| 285 | Matthew | Scheer |
| 286 | Jesse | Seward |
| 287 | Abbigaile | Simmons |
| 288 | Morgan | Simmons |
| 289 | Dean | Smith |
| 290 | Jacquelyn | Smith |
| 291 | Sophia | Smith |
| 292 | Eliana | Stalling |
| 293 | Samuel | Standlee |
| 294 | Donna | Storm |

| | | |
|---|---|---|
| 295 | Savannah | Stratton |
| 296 | Brooklyn | Sweet |
| 297 | MaKenna | Taft |
| 298 | Grace | Talkington |
| 299 | Austin | Taylor |
| 300 | Kathryn | Taylor |
| 301 | Lincoln | Teigen |
| 302 | Savannah | Theiss-Groff |
| 303 | Breanna | Thomas |
| 304 | Kolby | Timmons |
| 305 | Andrew | Trotter |
| 306 | Isabella | Vigil |
| 307 | Brayden | Waldrop |
| 308 | McKayla | Walsh |
| 309 | Jonathan | Wendel |
| 310 | Brian | Werkman |
| 311 | Visal | Wilkerson |
| 312 | Elizabeth | Worthy |
| 313 | Anniston | Young |
| 314 | Parker | Young |
| 315 | Christina | Zerbe |
| 316 | Daniel | Zerbe |
| 317 | Desirae | Zerbe |
| 318 | Brennen | May |
| 319 | Lane | Miller |
| 320 | Everett | Stephens |